# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| **Alexander Reents, individually and on behalf of others similarly situated** ) ) ) | |
| *Plaintiff* ) ) | |
| v. ) ) ) | Civil Action No. 1:23-cv-14917 |
| **Public Wireless, LLC** ) ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Ligia Acosta, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Public Wireless LLC in Brevard County, FL on October 20, 2023 at 5:45 pm at 3208 Elizabeth St, Melbourne, FL 32904 by leaving the following documents with Gavin Watson who as Son is authorized by appointment or by law to receive service of process for Public Wireless LLC. I also mailed these documents by first class mail to Public Wireless LLC on October 23, 2023 to their last known address at 3208 Elizabeth St, Melbourne, FL 32904.

SUMMONS IN A CIVIL CASE and Complaint

Additional Description:
I subserved Gavin Watson, son of Christopher Watson.

White Male, est. age 16, glasses: N, Blonde hair, 120 lbs to 140 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=28.0701375939,-80.639282316
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Brevard County, FL on 10/24/2023.

/s/ *Ligia Acosta*

Signature
Ligia Acosta
+1 (321) 208-1800

