**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ALEXANDER REENTS, on behalf of himself and others similarly situated, | : : | CIVIL ACTION FILE NO. 23-cv-14917 |
| Plaintiff, | : : | Honorable Martha M. Pacold |
| v. | : : | |
| PUBLIC WIRELESS LLC | : : | |
| Defendant. | : : : | |
| _____/ | | |

## UPDATED JOINT STATUS REPORT

Plaintiff Alexander Reents (hereinafter referred to as "Plaintiff") and defendant Public Wireless LLC ("Public Wireless"), individually and on behalf of all others similarly situated submits the attached report.

1.      **The Nature of the Case:** The nature of the case is unchanged from the prior Joint Status Report [Doc. 11].

2.      **Jurisdiction:** There is no change to the basis for jurisdiction from the prior Joint Status Report.

3.      **Status of Service:**  The defendant has been served.

4.      **Motions:** There are no pending motions. An answer has been filed.

5.      **Discovery Deadline and Update:**  The Court adopted the parties' joint scheduling plan on December 14, 2023 [Doc. 12] and set a June 28, 2024 deadline for fact discovery. The parties believe that date remains realistic. The parties are in the process of completing written discovery and plan to start scheduling depositions for March and April.

{M1350173.1}

6.    **Status of Settlement Discussions:** The parties have not had any further settlement discussions beyond the initial offer discussed in their prior Status Report. Plaintiff desires additional class discovery before engaging in settlement discussions. Given that both parties are not ready to proceed, and per the court's prior comments, the parties are not presently requesting a settlement conference.

PLAINTIFF,
By his attorneys

*/s/ Anthony I. Paronich* (w/consent)
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

DEFENDANT,
By its attorneys:

*/s/ Laura E. Schrick*
Laura E. Schrick
Mathis, Marifian & Richter, Ltd.
23 Public Square, Suite 300
Belleville, IL 62220
(618) 234-9800
lschrick@mmrltd.com

Dated: February 26, 2024