IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEXANDER REENTS, on behalf of himself and others similarly situated, | CIVIL ACTION FILE NO. 23-cv-14917 |
| Plaintiff, | Honorable Martha M. Pacold |
| v. | |
| PUBLIC WIRELESS LLC | |
| Defendant. | |

**UPDATED JOINT STATUS REPORT**

Plaintiff Alexander Reents (hereinafter referred to as "Plaintiff") and defendant Public Wireless LLC ("Public Wireless"), individually and on behalf of all others similarly situated submits the attached report.

1. **The Nature of the Case:** The nature of the case is unchanged from the prior Joint Status Report [Doc. 11].

2. **Jurisdiction:** There is no change to the basis for jurisdiction from the prior Joint Status Report.

3. **Status of Service:** The defendant has been served.

4. **Motions:** There are no pending motions. An answer has been filed.

5. **Discovery Deadline and Update:** The Court adopted the parties' joint scheduling plan on December 14, 2023 [Doc. 12] and set a June 28, 2024 deadline for fact discovery. The parties have provided discovery responses and the Defendant has supplemented their responses multiple times as well as provided rolling productions. The parties have also received subpoena

responses from third parties. The parties are setting depositions in May and June of 2024, and depending on those depositions may seek an extension of the current discovery deadline.

      6.      **Status of Settlement Discussions:** Plaintiff desires additional class discovery before engaging in settlement discussions. Given that both parties are not ready to proceed, and per the court's prior comments, the parties are not presently requesting a settlement conference.

PLAINTIFF,
By his attorneys

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

DEFENDANT,
By its attorneys:

/s/ *Laura E. Schrick*
Laura E. Schrick
Mathis, Marifian & Richter, Ltd.
23 Public Square, Suite 300
Belleville, IL 62220
(618) 234-9800
lschrick@mmrltd.com

Dated: April 27, 2024