IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEXANDER REENTS, on behalf of himself and others similarly situated, | : :  CIVIL ACTION FILE NO. 23-cv-14917 : |
| Plaintiff, | : Honorable Martha M. Pacold : |
| v. | : : |
| PUBLIC WIRELESS LLC | : : |
| Defendant. | : : : / |

**UPDATED JOINT STATUS REPORT**

Plaintiff Alexander Reents (hereinafter referred to as "Plaintiff"), individually and on behalf of others similarly situated, and defendant Public Wireless LLC ("Public Wireless") submit the following report:

1. **The Nature of the Case:** The nature of the case is unchanged from the initial Joint Status Report [Doc. 11].

2. **Jurisdiction:** There is no change to the basis for jurisdiction from the prior Joint Status Report.

3. **Status of Service:** The defendant has been served.

4. **Motions:** A joint motion to extend the discovery deadline has been filed simultaneous with the filing of this Updated Joint Status Report.

5. **Discovery Deadline and Update:** The Court adopted the parties' joint scheduling plan on December 14, 2023 [Doc. 12] and set a June 28, 2024 deadline for fact discovery. That deadline was extended to August 27, 2024 by Court order of June 3, 2024 [Doc. 23]. The parties

{M1395763.1}

have exchanged written discovery and responses. Documents have also been received from a non-party pursuant to subpoena. The parties have not yet taken depositions.

6. **Status of Settlement Discussions:** The parties engaged in mediation with private mediator retired Magistrate Judge David Jones on July 1, 2024. While the case did not resolve, the session was productive and a second mediation session was scheduled for November 14, 2024. The parties are optimistic that a resolution can be reached in this second session and desire to extend the discovery deadline to allow them to focus their efforts and resources on resolution until that time.

PLAINTIFF,
By his attorneys

*/s/ Anthony I. Paronich* (w/consent)
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

DEFENDANT,
By its attorneys:

/s/ *Laura E. Schrick*
Laura E. Schrick
Mathis, Marifian & Richter, Ltd.
23 Public Square, Suite 300
Belleville, IL 62220
(618) 234-9800
lschrick@mmrltd.com

Dated: July 3, 2024