**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ALEXANDER REENTS, on behalf of himself and others similarly situated, | : : : | CIVIL ACTION FILE NO. 23-cv-14917 |
| Plaintiff, | : : | Honorable Martha M. Pacold |
| v. | : : | |
| PUBLIC WIRELESS LLC | : : | |
| Defendant. | : : : | |
| _____ | / | |

<u>**JOINT STATUS REPORT**</u>

Plaintiff Alexander Reents (hereinafter referred to as "Plaintiff"), individually and on behalf of all others similarly situated, and defendant Public Wireless LLC ("Public Wireless"), submit this updated Joint Status Report pursuant to the Court's August 30, 2024 minute entry and advise the Court that the following depositions are scheduled:

1. Defendant Public Wireless will be deposed on January 14, 2025.

2. Merrit Solutions/Jeff Merritt will be deposed on January 15, 2025.

3. Plaintiff Alexander Reents will be deposed on January 16, 2025.


PLAINTIFF,
By his attorneys

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

{M1414304.1}

DEFENDANT,
By its attorneys:

/s/ *Laura E. Schrick*
Laura E. Schrick
Mathis, Marifian & Richter, Ltd.
23 Public Square, Suite 300
Belleville, IL 62220
(618) 234-9800
lschrick@mmrltd.com

Dated: September 5, 2024