IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEXANDER REENTS, on behalf of himself and others similarly situated, | : : CIVIL ACTION FILE NO. 23-cv-14917 : |
| Plaintiff, | : Honorable Martha M. Pacold : |
| v. | : : |
| PUBLIC WIRELESS LLC | : : |
| Defendant. | : : : |

## JOINT STATUS REPORT

Plaintiff Alexander Reents (hereinafter referred to as "Plaintiff"), individually and on behalf of all others similarly situated, and defendant Public Wireless LLC ("Public Wireless"), submit this Joint Status Report pursuant to the Court's docket entry of September 6, 2024 and advise the Court that this matter resolved at mediation. The parties are documenting the settlement and anticipate that a joint stipulation for dismissal will be filed within the next fourteen (14) days.

PLAINTIFF,
By his attorneys

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

{M1437310.1}

2

                                              DEFENDANT,
                                              By its attorneys:

/s/ *Laura E. Schrick*
Laura E. Schrick
Mathis, Marifian & Richter, Ltd.
23 Public Square, Suite 300
Belleville, IL 62220
(618) 234-9800
lschrick@mmrltd.com

Dated: November 18, 2024